NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**Nancy Tarsha**
 424 Cox Road
San Marcos, CA 92069−9797
xxx−xx−5588
*No Known Aliases*

Case number:  10−08746−LT7
Chapter:  7
Judge  Laura S. Taylor

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **10** filed on: **06/04/10**     Title of Document: **Balance of schedules**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**ACTION TAKEN BY COURT**

☐  Aty/Debtor(Pro Se)/Movant contacted on          via  ☐ Tel/Voice Mail       ☐ Email   ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**Other action−−See OTHER section below.**

**OTHER: Please provide the court with the correct form which is Balance of Schedules and/or Chapter 13 Plan (CSD 1099) also, provide proof of service on the US Trustee and Trustee on this case.**

Dated: 6/8/10

Barry K. Lander
Clerk of the Bankruptcy Court